Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| KHQ INVESTMENT LLC |  |
|---|---|
| Plaintiff, | S U M M O N S |
| v. | Court No. 21-00393 |
| UNITED STATES, Defendant. |  |

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | Los Angeles/Long Beach Seaport, California - 2704 | Center (if known): | |
|---|---|---|---|
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | KHQ Investment LLC | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | Apparel | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Patrick D. Gill / pgill@strtrade.com
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017 / 212-549-0156

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 U.S.C. § 1401a | Value Stated on Middleman Invoice |
| Protest Claim: | 19 U.S.C. § 1401a Value based on earlier sale for export | Value based on earlier sale for export |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Plaintiff properly declared the first sale seller's price at entry, and provided CBP with documentation to support that claim in its Protest.  CBP has denied the first sale claim.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2).  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid.

/s/ Patrick D. Gill
*Signature of Plaintiff's Attorney*

08/09/2021
*Date*

Los Angeles/Long Beach Seaport, California – 2704

**SCHEDULE OF PROTESTS**

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270418101531 | 9/19/2018 | 2/10/2021 | AGI00599790 | 1/2/2016 | 3/23/2018 | 2704 |
| 270418101533 | 9/19/2018 | 2/10/2021 | AGI00600226 | 1/2/2016 | 3/23/2018 | 2704 |
| 270418101535 | 9/19/2018 | 2/10/2021 | AGI00600242 | 1/2/2016 | 3/23/2018 | 2704 |
| 270418101536 | 9/19/2018 | 2/10/2021 | AGI00600317 | 1/2/2016 | 3/23/2018 | 2704 |
| 270418101537 | 9/19/2018 | 2/10/2021 | AGI00600333 | 1/3/2016 | 3/23/2018 | 2704 |
| 270418101534 | 9/19/2018 | 2/10/2021 | AGI00600341 | 1/3/2016 | 3/23/2018 | 2704 |
| 270418101748 | 11/7/2018 | 2/10/2021 | AGI00640081 | 5/16/2016 | 5/11/2018 | 2704 |
| 270420127612 | 5/18/2020 | 2/10/2021 | AGI00586656 | 11/25/2015 | 11/21/2019 | 2704 |
| 270420127613 | 5/18/2020 | 2/10/2021 | AGI00587613 | 11/23/2015 | 11/21/2019 | 2704 |
| 270420127618 | 5/18/2020 | 2/10/2021 | AGI00587704 | 11/22/2015 | 11/21/2019 | 2704 |
| 270420127614 | 5/18/2020 | 2/10/2021 | AGI00587720 | 11/22/2015 | 11/21/2019 | 2704 |
| 270420127615 | 5/18/2020 | 2/10/2021 | AGI00587803 | 11/22/2015 | 11/21/2019 | 2704 |
| 270420127616 | 5/18/2020 | 2/10/2021 | AGI00587829 | 11/22/2015 | 11/21/2019 | 2704 |
| 270420127617 | 5/18/2020 | 2/10/2021 | AGI00587845 | 11/22/2015 | 11/21/2019 | 2704 |
| 270420127729 | 5/19/2020 | 2/10/2021 | AGI00587902 | 11/22/2015 | 11/21/2019 | 2704 |
| 270420127748 | 5/19/2020 | 2/10/2021 | AGI00587910 | 11/22/2015 | 11/21/2019 | 2704 |
| 270420127749 | 5/19/2020 | 2/10/2021 | AGI00588108 | 11/23/2015 | 11/21/2019 | 2704 |
| 270420127755 | 5/19/2020 | 2/10/2021 | AGI00588124 | 11/23/2015 | 11/21/2019 | 2704 |
| 270420127760 | 5/19/2020 | 2/10/2021 | AGI00588140 | 11/23/2015 | 11/21/2019 | 2704 |
| 270420127765 | 5/19/2020 | 2/10/2021 | AGI00588173 | 11/23/2015 | 11/21/2019 | 2704 |
| 270420127767 | 5/19/2020 | 2/10/2021 | AGI00588249 | 11/23/2015 | 11/21/2019 | 2704 |
| 270420127773 | 5/19/2020 | 2/10/2021 | AGI00588272 | 11/23/2015 | 11/21/2019 | 2704 |
| 270420127775 | 5/19/2020 | 2/10/2021 | AGI00588330 | 11/24/2015 | 11/21/2019 | 2704 |
| 270420127778 | 5/19/2020 | 2/10/2021 | AGI00588348 | 11/24/2015 | 11/21/2019 | 2704 |
| 270420127785 | 5/19/2020 | 2/10/2021 | AGI00588355 | 11/24/2015 | 11/21/2019 | 2704 |
| 270420127788 | 5/19/2020 | 2/10/2021 | AGI00588520 | 11/25/2015 | 11/21/2019 | 2704 |
| 270420127619 | 5/18/2020 | 2/10/2021 | AGI00588645 | 11/25/2015 | 11/21/2019 | 2704 |
| 270420127620 | 5/18/2020 | 2/10/2021 | AGI00588652 | 11/25/2015 | 11/21/2019 | 2704 |
| 270420127793 | 5/19/2020 | 2/10/2021 | AGI00589239 | 11/27/2015 | 11/21/2019 | 2704 |
| 270420127794 | 5/19/2020 | 2/10/2021 | AGI00589296 | 11/27/2015 | 11/21/2019 | 2704 |
| 270420127796 | 5/19/2020 | 2/16/2021 | AGI00589320 | 11/27/2015 | 11/21/2019 | 2704 |
| 270420127800 | 5/19/2020 | 2/10/2021 | AGI00589379 | 11/27/2015 | 11/21/2019 | 2704 |
| 270420127803 | 5/19/2020 | 2/10/2021 | AGI00589627 | 11/27/2015 | 11/21/2019 | 2704 |
| 270420127808 | 5/19/2020 | 2/10/2021 | AGI00589635 | 11/27/2015 | 11/21/2019 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270420127621 | 5/18/2020 | 2/10/2021 | AGI00589676 | 11/27/2015 | 11/21/2019 | 2704 |
| 270420127622 | 5/18/2020 | 2/10/2021 | AGI00589734 | 11/28/2015 | 11/21/2019 | 2704 |
| 270420127623 | 5/19/2020 | 2/10/2021 | AGI00589577 | 11/27/2015 | 11/22/2019 | 2704 |
| 270420129080 | 5/27/2020 | 2/11/2021 | AGI00591128 | 12/3/2015 | 11/29/2019 | 2704 |
| 270420128938 | 5/26/2020 | 2/10/2021 | AGI00591144 | 12/3/2015 | 11/29/2019 | 2704 |
| 270420128957 | 5/26/2020 | 2/10/2021 | AGI00591227 | 12/4/2015 | 11/29/2019 | 2704 |
| 270420128963 | 5/26/2020 | 2/10/2021 | AGI00591300 | 12/4/2015 | 11/29/2019 | 2704 |
| 270420128967 | 5/26/2020 | 2/11/2021 | AGI00591318 | 12/4/2015 | 11/29/2019 | 2704 |
| 270420128974 | 5/26/2020 | 2/11/2021 | AGI00591391 | 12/4/2015 | 11/29/2019 | 2704 |
| 270420128980 | 5/26/2020 | 2/11/2021 | AGI00591524 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420128988 | 5/26/2020 | 2/11/2021 | AGI00591573 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129012 | 5/26/2020 | 2/11/2021 | AGI00591623 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129014 | 5/26/2020 | 2/11/2021 | AGI00591631 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129015 | 5/26/2020 | 2/11/2021 | AGI00591656 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129017 | 5/26/2020 | 2/11/2021 | AGI00591680 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129019 | 5/26/2020 | 2/11/2021 | AGI00591706 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129020 | 5/26/2020 | 2/11/2021 | AGI00591748 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129173 | 5/27/2020 | 2/11/2021 | AGI00591789 | 12/6/2015 | 11/29/2019 | 2704 |
| 270420129178 | 5/27/2020 | 2/11/2021 | AGI00591987 | 12/7/2015 | 11/29/2019 | 2704 |
| 270420129186 | 5/27/2020 | 2/11/2021 | AGI00592035 | 12/7/2015 | 11/29/2019 | 2704 |
| 270420129191 | 5/27/2020 | 2/11/2021 | AGI00592043 | 12/7/2015 | 11/29/2019 | 2704 |
| 270420129193 | 5/27/2020 | 2/11/2021 | AGI00592076 | 12/7/2015 | 11/29/2019 | 2704 |
| 270420129214 | 5/27/2020 | 2/11/2021 | AGI00592126 | 12/7/2015 | 11/29/2019 | 2704 |
| 270420129224 | 5/27/2020 | 2/11/2021 | AGI00592159 | 12/7/2015 | 11/29/2019 | 2704 |
| 270420129240 | 5/27/2020 | 2/11/2021 | AGI00592167 | 12/7/2015 | 11/29/2019 | 2704 |
| 270420129253 | 5/27/2020 | 2/11/2021 | AGI00592209 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129272 | 5/27/2020 | 2/11/2021 | AGI00592225 | 12/5/2015 | 11/29/2019 | 2704 |
| 270420129279 | 5/27/2020 | 2/11/2021 | AGI00592241 | 12/8/2015 | 11/29/2019 | 2704 |
| 270420129291 | 5/27/2020 | 2/11/2021 | AGI00592258 | 12/8/2015 | 11/29/2019 | 2704 |
| 270420129351 | 5/27/2020 | 2/11/2021 | AGI00592266 | 12/17/2015 | 11/29/2019 | 2704 |
| 270420129358 | 5/27/2020 | 2/11/2021 | AGI00592324 | 12/9/2015 | 11/29/2019 | 2704 |
| 270420129360 | 5/27/2020 | 2/11/2021 | AGI00592597 | 12/9/2015 | 11/29/2019 | 2704 |
| 270420129156 | 5/27/2020 | 2/11/2021 | AGI00592936 | 12/10/2015 | 11/29/2019 | 2704 |
| 270420129164 | 5/27/2020 | 2/11/2021 | AGI00592951 | 12/10/2015 | 11/29/2019 | 2704 |
| 270420129168 | 5/27/2020 | 2/11/2021 | AGI00592969 | 12/10/2015 | 11/29/2019 | 2704 |
| 270420129171 | 5/27/2020 | 2/11/2021 | AGI00593058 | 12/10/2015 | 11/29/2019 | 2704 |
| 270420129189 | 5/27/2020 | 2/11/2021 | AGI00593140 | 12/11/2015 | 11/29/2019 | 2704 |
| 270420129194 | 5/27/2020 | 2/11/2021 | AGI00594403 | 12/14/2015 | 11/29/2019 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270420129202 | 5/27/2020 | 2/11/2021 | AGI00594429 | 12/14/2015 | 11/29/2019 | 2704 |
| 270420129228 | 5/27/2020 | 2/11/2021 | AGI00594460 | 12/14/2015 | 11/29/2019 | 2704 |
| 270420129236 | 5/27/2020 | 2/11/2021 | AGI00594478 | 12/14/2015 | 11/29/2019 | 2704 |
| 270420129252 | 5/27/2020 | 2/11/2021 | AGI00594551 | 12/15/2015 | 11/29/2019 | 2704 |
| 270420129259 | 5/27/2020 | 2/11/2021 | AGI00594643 | 12/15/2015 | 11/29/2019 | 2704 |
| 270420129265 | 5/27/2020 | 2/11/2021 | AGI00594676 | 12/15/2015 | 11/29/2019 | 2704 |
| 270420130789 | 6/5/2020 | 2/11/2021 | AGI00592696 | 12/10/2015 | 12/9/2019 | 2704 |
| 270420131267 | 6/9/2020 | 2/11/2021 | AGI00589569 | 11/25/2015 | 12/13/2019 | 2704 |
| 270420131270 | 6/9/2020 | 2/11/2021 | AGI00589783 | 11/29/2015 | 12/13/2019 | 2704 |
| 270420131272 | 6/9/2020 | 2/11/2021 | AGI00589809 | 11/29/2015 | 12/13/2019 | 2704 |
| 270420131276 | 6/9/2020 | 2/11/2021 | AGI00589817 | 11/29/2015 | 12/13/2019 | 2704 |
| 270420131283 | 6/9/2020 | 2/11/2021 | AGI00589882 | 11/30/2015 | 12/13/2019 | 2704 |
| 270420131285 | 6/9/2020 | 2/11/2021 | AGI00590062 | 11/30/2015 | 12/13/2019 | 2704 |
| 270420131290 | 6/9/2020 | 2/11/2021 | AGI00590088 | 11/30/2015 | 12/13/2019 | 2704 |
| 270420131291 | 6/9/2020 | 2/11/2021 | AGI00590138 | 11/30/2015 | 12/13/2019 | 2704 |
| 270420131294 | 6/9/2020 | 2/11/2021 | AGI00590609 | 12/2/2015 | 12/13/2019 | 2704 |
| 270420131299 | 6/9/2020 | 2/11/2021 | AGI00591102 | 12/1/2015 | 12/13/2019 | 2704 |
| 270420131333 | 6/9/2020 | 2/11/2021 | AGI00594593 | 12/15/2015 | 12/13/2019 | 2704 |
| 270420131336 | 6/9/2020 | 2/11/2021 | AGI00594858 | 12/16/2015 | 12/13/2019 | 2704 |
| 270420131339 | 6/9/2020 | 2/11/2021 | AGI00595004 | 12/16/2015 | 12/13/2019 | 2704 |
| 270420131341 | 6/9/2020 | 2/11/2021 | AGI00595111 | 12/16/2015 | 12/13/2019 | 2704 |
| 270420131345 | 6/9/2020 | 2/11/2021 | AGI00595152 | 12/16/2015 | 12/13/2019 | 2704 |
| 270420131350 | 6/9/2020 | 2/12/2021 | AGI00595244 | 12/15/2015 | 12/13/2019 | 2704 |
| 270420131535 | 6/10/2020 | 2/12/2021 | AGI00595384 | 12/18/2015 | 12/13/2019 | 2704 |
| 270420131357 | 6/9/2020 | 2/12/2021 | AGI00595434 | 12/18/2015 | 12/13/2019 | 2704 |
| 270420131360 | 6/9/2020 | 2/12/2021 | AGI00595483 | 12/18/2015 | 12/13/2019 | 2704 |
| 270420131370 | 6/9/2020 | 2/12/2021 | AGI00595491 | 12/18/2015 | 12/13/2019 | 2704 |
| 270420131375 | 6/9/2020 | 2/12/2021 | AGI00595707 | 12/15/2015 | 12/13/2019 | 2704 |
| 270420131379 | 6/9/2020 | 2/12/2021 | AGI00595780 | 12/18/2015 | 12/13/2019 | 2704 |
| 270420131380 | 6/9/2020 | 2/12/2021 | AGI00595798 | 12/18/2015 | 12/13/2019 | 2704 |
| 270420131382 | 6/9/2020 | 2/12/2021 | AGI00596036 | 12/20/2015 | 12/13/2019 | 2704 |
| 270420131385 | 6/9/2020 | 2/12/2021 | AGI00596051 | 12/20/2015 | 12/13/2019 | 2704 |
| 270420131386 | 6/9/2020 | 2/12/2021 | AGI00596069 | 12/20/2015 | 12/13/2019 | 2704 |
| 270420131280 | 6/9/2020 | 2/11/2021 | AGI00596259 | 12/28/2015 | 12/13/2019 | 2704 |
| 270420131284 | 6/9/2020 | 2/11/2021 | AGI00596267 | 12/21/2015 | 12/13/2019 | 2704 |
| 270420131289 | 6/9/2020 | 2/11/2021 | AGI00596275 | 12/21/2015 | 12/13/2019 | 2704 |
| 270420131295 | 6/9/2020 | 2/11/2021 | AGI00596283 | 12/21/2015 | 12/13/2019 | 2704 |
| 270420131310 | 6/9/2020 | 2/11/2021 | AGI00596309 | 12/21/2015 | 12/13/2019 | 2704 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270420131312 | 6/9/2020 | 2/11/2021 | AGI00596341 | 12/21/2015 | 12/13/2019 | 2704 |
| 270420131316 | 6/9/2020 | 2/11/2021 | AGI00596465 | 12/21/2015 | 12/13/2019 | 2704 |
| 270420131322 | 6/9/2020 | 2/11/2021 | AGI00596697 | 12/22/2015 | 12/13/2019 | 2704 |
| 270420131330 | 6/9/2020 | 2/11/2021 | AGI00596796 | 12/23/2015 | 12/13/2019 | 2704 |
| 270420131332 | 6/9/2020 | 2/11/2021 | AGI00597166 | 12/25/2015 | 12/13/2019 | 2704 |
| 270420131334 | 6/9/2020 | 2/11/2021 | AGI00597570 | 12/26/2015 | 12/13/2019 | 2704 |
| 270420131340 | 6/9/2020 | 2/11/2021 | AGI00597596 | 12/26/2015 | 12/13/2019 | 2704 |
| 270420131348 | 6/9/2020 | 2/12/2021 | AGI00597620 | 12/26/2015 | 12/13/2019 | 2704 |
| 270420131355 | 6/9/2020 | 2/12/2021 | AGI00597711 | 12/26/2015 | 12/13/2019 | 2704 |
| 270420131363 | 6/9/2020 | 2/16/2021 | AGI00597778 | 12/26/2015 | 12/13/2019 | 2704 |
| 270420131366 | 6/9/2020 | 2/12/2021 | AGI00597950 | 12/27/2015 | 12/13/2019 | 2704 |
| 270420131369 | 6/9/2020 | 2/12/2021 | AGI00597976 | 12/27/2015 | 12/13/2019 | 2704 |
| 270420131371 | 6/9/2020 | 2/12/2021 | AGI00598008 | 12/27/2015 | 12/13/2019 | 2704 |
| 270420131377 | 6/9/2020 | 2/12/2021 | AGI00598032 | 12/27/2015 | 12/13/2019 | 2704 |
| 270420131531 | 6/10/2020 | 2/12/2021 | AGI00598255 | 12/28/2015 | 12/13/2019 | 2704 |
| 270420131532 | 6/10/2020 | 2/12/2021 | AGI00598289 | 12/28/2015 | 12/13/2019 | 2704 |
| 270420131726 | 6/10/2020 | 2/12/2021 | AGI00598529 | 12/23/2015 | 12/13/2019 | 2704 |
| 270420131542 | 6/10/2020 | 2/12/2021 | AGI00598560 | 12/27/2015 | 12/13/2019 | 2704 |
| 270420131543 | 6/10/2020 | 2/12/2021 | AGI00598719 | 12/30/2015 | 12/13/2019 | 2704 |
| 270420131544 | 6/10/2020 | 2/12/2021 | AGI00598867 | 12/30/2015 | 12/13/2019 | 2704 |
| 270420131545 | 6/10/2020 | 2/12/2021 | AGI00598875 | 12/30/2015 | 12/13/2019 | 2704 |
| 270420131546 | 6/10/2020 | 2/12/2021 | AGI00598909 | 12/30/2015 | 12/13/2019 | 2704 |
| 270420134280 | 6/24/2020 | 2/11/2021 | AGI00595103 | 12/16/2015 | 12/27/2019 | 2704 |
| 270420134277 | 6/24/2020 | 2/11/2021 | AGI00596242 | 12/16/2015 | 12/27/2019 | 2704 |
| 270420142328 | 9/2/2020 | 2/11/2021 | AGI00618673 | 2/25/2016 | 3/6/2020 | 2704 |
| 270420143051 | 9/9/2020 | 2/11/2021 | AGI00613104 | 2/6/2016 | 3/13/2020 | 2704 |